### LOUIS STAFFORD v. FORNEY B. STAFFORD

23 So. (2nd) 673
November 9, 1945

June Term, 1945
Division A

*Billie B. Bush,* for appellant.

*George E. Turner,* for appellee.

PER CURIAM:

We have inspected the record in this case in the light of briefs filed and oral argument heard and now direct that the final decree be so modified as to allow Louise Stafford to visit the child Sharon Louise Stafford during that period of time for which the custody of such child is awarded to Forney B.

Stafford at such convenient times and places as the Circuit Court may designate in its Order of Modification and, with such modification, the decree is affirmed.

So ordered.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.